Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| CASE NUMBER | 08 CR 216 | DATE | APRIL 8 2008 |
| CASE TITLE | US v. JEFFREY A. FROJD & KAREN MCVICKERS-DEWITT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL FEBRUARY 2008-1** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _____

**JUDGE GETTLEMAN**

MAGISTRATE JUDGE ASHMAN

Docket Entry:

NO BOND SET DETAINED BY MAGISTRATE IN 08 CR 216 AS TO JEFFREY A. FROJD. NO BOND SET DETAINED BY MAGISTRATE IN 08 CR 217 AS TO KAREN MCVICKERS-DEWITT.

FILED
APR 0 8 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |